IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GORSS MOTELS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-399 (JAM) |
| | ) | |
| WILLIAMS & WILLIAMS | ) | |
| MARKETING SERVICES, INC., et al., | ) | MAY 5, 2017 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT
AND AGREED MOTION FOR FURTHER EXTENSION OF TIME FOR
DEFENDANTS TO FILE RESPONSIVE PLEADING AND MOTION FOR
CLASS CERTIFICATION**

The Parties hereby notify the Court that they have reached an agreement to resolve this action and that the agreement has been executed by all but one of the signatories to the agreement. In light of the impending resolution of this case, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Parties hereby request the Court to further extend the time for Defendants to file their responsive pleading and to respond to Plaintiff's placeholder Motion for Class Certification (Dkt. #2) to June 11, 2017. In support of this Motion Defendants state as follows.

1. The Parties have reached an agreement to resolve this case, the agreement has been reduced to writing and the Parties are in the process of obtaining signatures on the Agreement. Defendants and Plaintiff have executed the agreement and the missing signatory is one of Plaintiff's counsel who is apparently out of the office. It is anticipated that the missing signature will be obtained shortly.

2. Under the agreement, Plaintiff will be filing a Notice of Voluntary Dismissal to end this action. It is anticipated that this filing will occur sometime this

month. In light of the fact that the Parties have reached an agreement to resolve the case, filing a responsive pleading and response to Plaintiff's Motion for Class Certification (Dkt. #2) would not serve any useful purpose and would only increase defense costs.

3. This is the second motion for extension of time. At the outset of this case Defendants previously filed a Motion to Extend (Dkt. #25) on April 11, 2017 to allow the Parties to explore a potential resolution of this action. The Court granted this motion and extended the time for Defendants to file their responsive pleading and to respond to Plaintiff's Motion for Class Certification to May 11, 2017 (Dkt. #29). The Parties immediately engaged in settlement discussions and reached an agreement and circulated it for execution. Unfortunately, as indicated above, one signature is still outstanding and is expected shortly.

4. Plaintiff's counsel consents to this motion.

WHEREFORE Defendants request that the Court grant this motion and extend the time in which they may respond to the Complaint and the Motion for Class Certification, to June 11, 2017.

DEFENDANTS,
WILLIAMS & WILLIAMS
MARKETING SERVICES, INC.,
WILLIAMS, WILLIAMS &
MCKISSICK, LLC, and WILLIAMS,
WILLIAMS & MCKISSICK AUCTION
SERVICES, LLC

By: /s/ Kathleen E. Dion
Jeffrey J. White (ct25781)
Kathleen E. Dion (ct28605)
E-mail: jwhite@rc.com; kdion@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200

## CERTIFICATION

I hereby certify that on the 5th day of May, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Kathleen. E. Dion*
Kathleen E. Dion