## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAMS & WILLIAMS MARKETING SERVICES, INC., an Oklahoma corporation, WILLIAMS, WILLIAMS & MCKISSICK, LLC, an Oklahoma limited liability company, WLLIAMS, WILLIAMS & MCKISSICK AUCTION SERVICES, LLC, an Oklahoma limited liability company, and JOHN DOES 1-5,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:17-cv-00399<br>)<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff in this action, Gorss Motels Inc., by and through its undersigned counsel, hereby dismisses its individual claims in this action with prejudice, and dismisses the class allegations without prejudice.

          Respectfully submitted,

          s/ Brian J. Wanca
          Brian J. Wanca  -  ct19532
          ANDERSON + WANCA
          3701 Algonquin Road, Suite 500
          Rolling Meadows, IL  60008
          Telephone:  847-368-1500 / Facsimile:  847-368-1501
          bwanca@andersonwanca.com

          and:

>Aytan Y. Bellin ct28454
>**BELLIN & ASSOCIATES LLC**
>85 Miles Avenue
>White Plaines, NY  10606
>Phone: 914-358-5345 / Fax: 212-571-0284
>Aytan.Bellin@bellinlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on May 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>     s/  Brian J. Wanca